**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anibal DIAZ–RODRIGUEZ,
Defendant—Appellant.**

No. 08–50391.

United States Court of Appeals,
Ninth Circuit.

---

Submitted April 5, 2010.*

Filed April 21, 2010.

Aaron B. Clark, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Wendy Susan Gerboth, Law Office of Wendy Gerboth, San Diego, CA, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Anibal Diaz–Rodriguez appeals from the 40–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Diaz–Rodriguez contends that the district court procedurally erred by focusing on the need for deterrence and failing to consider all the 18 U.S.C. § 3553(a) sentencing factors. The record indicates that the district court did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

Diaz–Rodriguez also contends that his sentence is substantively unreasonable in light of the age of a prior conviction. The record indicates that the sentence is substantively reasonable in light of the totality of the circumstances. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *cf. United States*

*v. Amezcua–Vasquez,* 567 F.3d 1050, 1055–56 (9th Cir.2009) ("It is unreasonable … to treat a decades-old enhancing conviction as requiring as much deterrence as a recent conviction.") (emphasis added).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct judgment.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.